UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. C04-5841 |
| ) | |
| v. ) | DEFAULT JUDGMENT |
| ) | |
| MARGRET KAECH et. al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Default having been entered against the Defendant, Margret Kaech, in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against the defaulted Defendant, Margret Kaech, and having filed a proper declaration with me as to the amount due;

Judgment is, therefore, hereby rendered in favor of the Plaintiff, United States of America, and as follows against Defendant Margret Kaech:

1. CAUSE OF ACTION:

| | |
|---|---|
| Principal: | $142,459.02 |
| Pre-judgment Interest to September 20, 2005, at 5% per annum: | $45,646.03 |
| TOTAL: | $188,105.05 |

   a. Interest shall continue to accrue at 5% per annum until entry of judgment on the principal amount of $142,459.02;

   b. Interest shall accrue on the judgment from the date of judgment at the legal rate to be compounded annually from the date the judgment until paid in full;

Default/M. Kaech

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

   2.  Filing fee of Two Hundred Fifty Dollars ($250) pursuant to 28 U.S.C. §§2412(a)(2) and 1914(a), as amended October 19, 1996, PL 104-317, 110 Stat 3847; and

   3.  Docket fee of Twenty Dollars ($20.00) pursuant to 28 U.S.C. § 1923.

   DATED this 30th day of September, 2005.

                                                    /s/ Karen L. Strombom
                                                    Karen L. Strombom
                                                    United States Magistrate Judge

Presented by:

s/Anastasia D. Bartlett
ANASTASIA D. BARTLETT
Assistant United States Attorney
Washington State Bar No. 7142
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: anastasia.bartlett@usdoj.gov