Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. C04-5841KLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT JUDGMENT |
| | ) | |
| JOHN T. KAECH et. al., | ) | |
| | ) | |
| Defendant. | ) | |

The above-entitled action having come on for consideration upon the request and stipulation of the respective parties hereto for the entry of judgment in the above-entitled action, and it appearing to the Court that Plaintiff, the United States of America, and Defendant, John T. Kaech, have agreed the Plaintiff, the United States of America, is entitled to recover judgment against the Defendant, John T. Kaech, it is therefore,

ORDERED, ADJUDGED, and DECREED by the Court that Plaintiff, United States of America, have and receive of Defendant John T. Kaech the judgment as follows:

1. <u>CAUSE OF ACTION</u>:

| | |
|---|---:|
| Principal: | $142,459.02 |
| Pre-judgment Interest to September 20, 2005, at 5% per annum: | <u>$45,646.03</u> |
| TOTAL: | $188,105.05 |

a. Interest shall continue to accrue at 5% per annum until entry of judgment on the principal amount of $142,459.02;

Consent Judgment - 1
shiatt/forms

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1       b. Interest shall accrue on the judgment from the date of judgment at the legal rate
2 to be compounded annually from the date the judgment until paid in full;
3     2. Filing fee of Two Hundred Fifty Dollars ($250) pursuant to 28 U.S.C. §§2412(a)(2)
4 and 1914(a), as amended October 19, 1996, PL 104-317, 110 Stat 3847; and
5     3. Docket fee of Twenty Dollars ($20.00) pursuant to 28 U.S.C. § 1923.

7     DATED this 15th day of December, 2005.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

13 Presented by:

16 s/Anastasia Bartlett                December 15, 2005
ANASTASIA BARTLETT                DATE
17 Assistant United States Attorney
Washington State Bar No. 7142
18 700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
19 Telephone: (206) 553-7970
20 Fax: (206) 553-4067
E-mail: anastasia.bartlett@usdoj.gov

22
23 s/John T. Kaech                    December 7, 2005
JOHN T. KAECH                       DATE
Defendant

26 s/T. Charles Althauser                December 7, 2005
T. CHARLES ALTHAUSER              DATE
27 Attorney for Defendant John Kaech
Washington State Bar No. 06863
28 OLSON, ALTHAUSER, LAWLER

Consent Judgment - 2
shiatt/forms

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  & SAMUELSON
2  P.O. Box 210
   Centralia, WA 98531
3  Telephone: (360) 736-1301
   Fax: (360) 736-4802
4  E-mail: chuck@centralialaw.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Consent Judgment - 3
shiatt/forms